1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; SONY BMG MUSIC
7  ENTERTAINMENT; UMG
   RECORDINGS, INC.; VIRGIN RECORDS
8  AMERICA, INC.; WARNER BROS.
   RECORDS INC.; and ATLANTIC
9  RECORDING CORPORATION

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

        Plaintiffs,

  v.

JOHN DOE,
        Defendant.

CASE 08 - 3991

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

---

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39525 v1

1   Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26
2   and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum
3   of Law, hereby apply for an Order permitting Plaintiffs to take immediate discovery.
4   In support thereof, Plaintiffs represent as follows:
5   1.   Plaintiffs, record companies who own the copyrights in the most popular sound
6   recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a
7   third party Internet Service Provider ("ISP") to determine the true identity of Defendant # 4, who is
8   being sued for direct copyright infringement.
9   2.   As alleged in the complaint, Defendant Doe, without authorization, used an online
10  media distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted
11  works to the public.  Although Plaintiffs do not know the true name of Defendant, Plaintiffs have
12  identified Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date
13  and time of Defendant's infringing activity.
14  3.   Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that
15  identify Defendant's true name, current (and permanent) address and telephone number, e-mail
16  address, and Media Access Control ("MAC") address.  Without this information, Plaintiffs cannot
17  identify Defendant or pursue their lawsuit to protect their copyrighted works from repeated
18  infringement.
19  4.   Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a
20  Rule 26(f) conference where there are no known defendants with whom to confer.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39525 v1

1  WHEREFORE, Plaintiffs apply for an Order permitting Plaintiffs to conduct the foregoing requested
2  discovery immediately.

4  Dated:    August 21, 2008          HOLME ROBERTS & OWEN LLP

6                                      By _____
                                          DAWNIELL ZAVALA
7                                         Attorney for Plaintiffs
                                          BMG MUSIC; SONY BMG MUSIC
8                                         ENTERTAINMENT; UMG RECORDINGS,
                                          INC.; VIRGIN RECORDS AMERICA, INC.;
9                                         WARNER BROS. RECORDS INC.; and
                                          ATLANTIC RECORDING CORPORATION

2

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39525 v1