| | |
|---|---|
| 1 | Dawniell Zavala (State Bar No. 253130) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
|   | Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
|   | Email: dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | LAVA RECORDS LLC; WARNER BROS. |
| 7 | RECORDS INC.; SONY BMG MUSIC |
|   | ENTERTAINMENT; and UMG |
| 8 | RECORDINGS, INC. |

*ORIGINAL FILED 08 AUG 21 PM 2:11 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**E-filing**

**JCS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

LAVA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

        Plaintiffs,

  v.

JOHN DOE,

        Defendant.

CASE NO. CV 08 3992

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff LAVA RECORDS LLC is a joint venture between Diamond Music LLC, which is not publicly traded, and Atlantic Recording Corporation, whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Dated: August 21, 2008

HOLME ROBERTS & OWEN LLP

By /s/ DAWNIELL ZAVALA
DAWNIELL ZAVALA
Attorney for Plaintiffs
LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39490 v1

1