AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

E-filing JCS

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|---|
| DOCKET NO. | DATE FILED | CV 08 3992 |

| PLAINTIFF | DEFENDANT |
|---|---|
| LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | LASHANDA SCOTT | AUG 2 2 2008 |

*U.S.G.P.O. 1982-374-279

DISTRIBUTION:

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy



EXHIBIT A

# EXHIBIT A

## 169.233.32.201 2008-04-02 15:09:15 EDT

| **IP Address:** 169.233.32.201 2008-04-02 15:09:15 EDT | **CASE ID#** 165007626 |
|---|---|
| | |
| **P2P Network:** GnutellaUS | **Total Audio Files:** 1142 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Used | All That I've Got | In Love And Death | 362-132 |
| Lava Records LLC | Simple Plan | Crazy | Still Not Getting Any… | 375-167 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | (Can't Get My) Head Around You | Splinter | 339-759 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | The Killers | Mr. Brightside | Hot Fuss | 355-962 |
| Warner Bros. Records Inc. | My Chemical Romance | Helena | Three Cheers for Sweet Revenge | 360-197 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| UMG Recordings, Inc. | Papa Roach | Getting Away With Murder | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Blink-182 | I'm Lost Without You | Blink-182 | 345-359 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Send Her My Love | Frontiers | 43-223 |