**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

August 27, 2008

Dawniell Zavala
Holme Roberts & Owen
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994

Re:   **LAVA RECORDS, ET AL.  v. JOHN DOE**
        C08-03992 (JCS)

Dear Counsel:

        This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **September 3, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                        Sincerely,

                        RICHARD W. WIEKING

                        By: Karen L.Hom
                            Deputy Clerk

Attachments

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   LAVA RECORDS, ET AL.,                    No.  C 08-03992 JCS

8            Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A**
                                             **UNITED STATES MAGISTRATE JUDGE**
9        v.

10  JOHN DOE,

11           Defendant(s).

12  _____/

13

14        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19  Appeals for the Ninth Circuit

20

21  Dated: _____          _____
                                            Signature
22

23                                          Counsel for _____
                                            (Name or party or indicate "pro se")
24

25

26

27

28

1
2
3
4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    LAVA RECORD ET AL.,                        No.  C 08-03992 JCS

8              Plaintiff(s),
                                                **DECLINATION TO PROCEED BEFORE**
9         v.                                    **A MAGISTRATE JUDGE**
                                                                **AND**
10   JOHN DOE,                                  **REQUEST FOR REASSIGNMENT TO A**
                                                **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).
     _____/
12

13

14       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15          The undersigned party in the above-captioned civil matter hereby declines to consent to the

16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17   requests the reassignment of this case to a United States District Judge.

18

19

20   Dated: _____          _____
                                                    Signature
21

22                                                  Counsel for _____
23                                                  (Name or party or indicate "pro se")

24

25

26

27

28

United States District Court
For the Northern District of California