UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVA RECORD ET,AL., <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN DOE, <br><br> Defendant(s). | No. C 08-03992 JCS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Aug 27, 2008

Signature: [signature]

Counsel for Plaintiffs
(Name or party or indicate "pro se")

3