HOLME ROBERTS & OWEN LLP
Dawniell Zavala (State Bar No. 253130)
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
email: dawniell.zavala@hro.com

Attorney for Plaintiffs

LAVA RECORDS LLC; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVA RECORDS LLC, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>　vs. <br><br> JOHN DOE, <br><br>　　　　　　　Defendant. | Case No.: 3:08-cv-03992-PJH <br><br> Honorable Phyllis Hamilton <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** AND ORDER |

1

2   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs LAVA RECORDS LLC, *et al.*, by

3 and through their attorneys, voluntarily dismiss without prejudice their copyright infringement

4 claims against Defendant John Doe, also identified as ID # 165007626 with IP address

5 169.233.32.201 2008-04-02 15:09:15 EDT, each party to bear its/his or her own fees and costs.

6 The Clerk of Court is respectfully requested to close this case.

7

8   Dated: October 13, 2008                    HOLME ROBERTS & OWEN LLP

9

10                                              By      */s/ Dawniell Zavala*
                                                        Dawniell Zavala
11                                                      Attorney for Plaintiffs
                                                        LAVA RECORDS LLC; WARNER
12                                                      BROS. RECORDS INC.; SONY BMG
                                                        MUSIC ENTERTAINMENT; and UMG
13                                                      RECORDINGS, INC.

14

15

16

17   10/20/08

18

19 

20

21

22

23

24                                              for Judge Phyllis J. Hamilton

25

26

27

28
                                                1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-03992-PJH
#40471 v1 saf